district court the state trial transcript brought here.

We do not reach at this time the by-pass issue or the question of whether the trial transcript adequately answers the contentions of appellant's petition.

Remanded for proceedings consistent with the foregoing.

ORDER.

Upon reading and filing the stipulation of the parties, upon consideration, it is ordered that the judgment be reversed and remanded to the District Court with directions to vacate the judgment and opinion of the District Court and to dismiss the complaint as moot.

■

**INDUSTRIAL STATE BANK AND TRUST CO., Plaintiff-Appellee,**

**v.**

**The FIRST NATIONAL BANK AND TRUST CO. OF KALAMAZOO, Defendant-Appellant.**

**INDUSTRIAL STATE BANK & TRUST CO., Plaintiff-Appellee,**

**v.**

**William B. CAMP, Comptroller, Defendant-Appellant.**

**Nos. 19179, 19180.**

United States Court of Appeals, Sixth Circuit.

July 10, 1969.

Robert V. Zener, Dept. of Justice, Washington, D. C., William D. Ruckelshaus, Asst. Atty. Gen., Harold D. Beaton, U. S. Atty., Judith S. Seplowitz, Attys. Dept. of Justice, Washington, D. C., on the brief, for William B. Camp.

Philip L. Hummer, Kalamazoo, Mich., Howard & Howard, by William J. Howard, Kalamazoo, Mich., on the brief, for First Nat. Bank & Trust Co.

William H. Merrill, Detroit, Mich., Parsons, Tennent, Hammond, Hardig & Ziegelman, Detroit, Mich., on the brief, for Industrial State Bank & Trust Co.

Before O'SULLIVAN, McCREE, and COMBS, Circuit Judges.

■

**RETAIL CLERKS UNION LOCAL NO. 1552 RETAIL CLERKS INTERNATIONAL ASSOCIATION, AFL–CIO, Petitioner-Appellee,**

**v.**

**LYNN DRUG COMPANY OF SPRINGFIELD SOUTHERN VILLAGE et al., Respondent-Appellant.**

**No. 19688.**

United States Court of Appeals, Sixth Circuit.

March 17, 1970.

George L. Jenkins, Columbus, Ohio, Vorys, Sater, Seymour & Pease, Columbus, Ohio, on brief; Charles D. Minor, Columbus, Ohio, of counsel, for appellants.

Leonard S. Sigall, Columbus, Ohio, Sigall, Sigall & Riebel, Columbus, Ohio, on brief, for appellee.

Before PHILLIPS, Chief Judge, and COMBS and BROOKS, Circuit Judges.

ORDER

PER CURIAM.

This is an action under Section 301 of the Labor Management Relations Act, Title 29 U.S.C. Section 141 et seq., by the petitioner Union for the enforcement of a collective bargaining agreement against the respondent Lynn Drug Company, as a successor employer. The facts are stipulated and the case submitted on a joint motion for summary judgment.